## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00072-SKC

DAVID KATT, on behalf of himself and all others similarly situated,
Plaintiff,

v.

BANK OF THE WEST,

Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by and through their respective attorneys, Ari H. Marcus on behalf of Plaintiff; and Alex W. Karasik on behalf of Defendant, hereby stipulate and agree pursuant to Fed. R.Civ. P. 41(A)(ii) to a dismissal, with prejudice, each party to pay its own costs and attorney fees, of this lawsuit. By the filing of this Stipulation the above civil action is deemed resolved and the case closed.

Respectfully submitted this 15th day of April, 2020.

/s/ Ari Hillel Marcus
Ari Hillel Marcus
Marcus & Zelman, LLC
701 Cookman Avenue
Suite 300
Asbury Park, NJ 07712
ari@marcuszelman.com
ATTORNEY FOR PLAINTIFF


/s/ Alex Wainwright Karasik
Alex Wainwright Karasik
Seyfarth Shaw LLP-Chicago
233 South Wacker Drive
Suite 8000
Chicago, IL 60606
akarasik@seyfarth.com
ATTORNEY FOR DEFENDANT

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of April, 2020, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

Alex Wainwright Karasik
akarasik@seyfarth.com

                                        /s/ *Ari H. Marcus*